FILED
APR 27 2016
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Council of Co-Owners of the Altamont Manor Condominium | DATE   April 27, 2016 at 10:30 AM |
| Debtor(s). | |
| The Council of Co-Owners of the Altamont Manor Condominium | CASE NO.   13-256 |
| Plaintiff(s), | |
| v. | CHAPTER NO.   7 |
| Terrance Smith | AP NO.   14-10029 |
| Defendant(s). | |

_/s/ Sherman_                                            _____
Attorney for Plaintiff                               Attorney for Defendant

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____                TRIAL TIME: _____

NATURE OF PROCEEDINGS:          ☐ Core            ☐ Non-Core

MEDIATION MATERIALS:            ☐ Distributed    ☐ Withheld

COMMENTS: _Continued to 6/22/2016 @ 10:30 AM_

_____
S. MARTIN TEEL, JR.
United States Bankruptcy Judge