**FILED**

**AUG 17 2016**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The Council of Co-Owners of the
Altamont Manor Condominium
                Debtor(s).

DATE    August 17, 2016

The Council of Co-Owners of the
Altamont Manor Condominium
                Plaintiff(s),

CASE NO.    13-256

        v.

CHAPTER NO.    7

Terrance Smith
                Defendant(s).

AP NO.    14-10029

*Sherman*
Attorney for Plaintiff

C. to  9/21/16 @   10:30 A M
Attorney for Defendant

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____    TRIAL TIME: _____

NATURE OF PROCEEDINGS:    ☐ Core        ☐ Non-Core

MEDIATION MATERIALS:    ☐ Distributed    ☐ Withheld

COMMENTS: _See AP 14-10019_____

_____

_____

S. MARTIN TEEL, JR.
United States Bankruptcy Judge